THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Montavious Gaines, Appellant.
 
 
 

Appeal From Saluda County
William P. Keesley, Circuit Court Judge
Unpublished Opinion No.  2009-UP-446
Submitted September 1, 2009  Filed
 October 2, 2009  
APPEAL DISMISSED

 
 
 
 Appellate Defender Katharine H. Hudgins, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM:  Montavious Gaines appeals his convictions
 for armed robbery, criminal conspiracy, and assault and battery of a high and
 aggravated nature.  Gaines argues the trial court erred in admitting testimony
 from a police officer identifying Gaines as the assailant.  Additionally,
 Gaines filed a pro se brief.  After a thorough review of the record and all briefs
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1] 
APPEAL
 DISMISSED.  
SHORT,
 WILLIAMS, and GEATHERS, JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.